**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DON B. FULLER, Civil No. 01-1109 (DWF/AJB)

Plaintiff,

v. **ORDER OF REFERENCE**

BRETT R. HANSON a/k/a Robert B. Hanson a/k/a R.B. Hanson, CINDY L. HANSON, J.D.E., INC. d/b/a Imprints, IMPRINTS, INC., U.S. WORKFORCE d/b/a Imprints, IMPRINT TECHNOLOGIES, INC., IMPRINT TECHNOLOGY'S, INC., SAFETY LINE, INC., IMPRINT TECHNOLOGIES, LLC, JON DAVID HOILLAND, THOMAS F. MILLER, VANCE O. BUSHAY, JEFFREY A. OLSON,

Defendants.

---

Don B. Fuller, Fuller Law Office, 100 5th Street South, Suite 250, Minneapolis, MN 55402, Plaintiff Pro Se.

Sandra K. Kensy, Esq., 5430 Carlson Road, St. Paul, MN 55126 and John M. Degnan, Esq., Bassford, Lockhart, Truesdell & Briggs, 3550 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402-3787, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), the following motions are referred to Magistrate Judge Arthur J. Boylan:

1. Defendants Brett R. Hanson, Cindy L. Hanson, Imprint Technologies, Inc. and Imprint Technologies LLC's Motion to Dismiss and to Strike.

2. Defendants Brett Hanson, Cindy L. Hanson, Imprint Technologies, Inc. and Imprint Technologies LLC's Motion to Stay Discovery.

Filed JUL 11 2001
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

3. Defendants Hoiland, Miller and Olson's Motion to Strike Allegations in Complaint and to Dismiss.

4. Defendants Hoiland, Miller and Olson's Motion to Stay Discovery.

At this time, the Court's file only contains the Letter of Service required by Local Rules.

Dated: July 11, 2001

DONOVAN W. FRANK
Judge of United States District Court