**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DON B. FULLER,

Civil No. 01-1109 (DWF/AJB)

Plaintiff,

v.

**AMENDED ORDER OF REFERENCE**

BRETT R. HANSON a/k/a Robert B. Hanson a/k/a R.B. Hanson, CINDY L. HANSON, J.D.E., INC. d/b/a Imprints, IMPRINTS, INC., U.S. WORKFORCE d/b/a Imprints, IMPRINT TECHNOLOGIES, INC., IMPRINT TECHNOLOGY'S, INC., SAFETY LINE, INC., IMPRINT TECHNOLOGIES, LLC, JON DAVID HOILLAND, THOMAS F. MILLER, VANCE O. BUSHAY, JEFFREY A. OLSON,

Defendants.

---

Don B. Fuller, Fuller Law Office, 100 5th Street South, Suite 250, Minneapolis, MN 55402, Plaintiff Pro Se.

Sandra K. Kensy, Esq., 5430 Carlson Road, St. Paul, MN 55126 and John M. Degnan, Esq., Bassford, Lockhart, Truesdell & Briggs, 3550 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402-3787, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), the following motions are referred to Magistrate Judge Arthur J. Boylan:

1. Defendants Hoiland, Miller and Olson's Motion to Stay Discovery (Docket No. 3).

2. Defendants Hoiland, Miller and Olson's Motion to Strike Allegations in Complaint and to Dismiss (Docket No. 4).

3. Defendants Vance O. Bushay Motion to Stay Discovery (Docket No. 5).

Filed SEP 14 2001
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

4. Defendants Vance O. Bushay Motion to Strike Allegations in Complaint and to Dismiss (Docket No. 6).

5. Defendants Brett Hanson, Cindy L. Hanson, Imprint Technologies, Inc. and Imprint Technologies LLC's Motion to Stay Discovery (Docket No. 7).

6. Defendants Brett R. Hanson, Cindy L. Hanson, Imprint Technologies, Inc. and Imprint Technologies LLC's Motion to Strike Allegations and Dismiss Complaint (Docket No. 8).

7. Defendants Brett R. Hanson, Cindy L. Hanson, Imprint Technologies, Inc. and Imprint Technologies LLC's Motion to Strike Responsive Pleadings and Enjoin Plaintiff form Commencing Litigation (Docket No. 17).

Dated: September 14, 2001

DONOVAN W. FRANK
Judge of United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500