**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Don B. Fuller,

Plaintiff,

vs.

Brett Richard Hanson, aka Robert B. Hanson and R.B. Hanson; Cindy Louise Hanson; J.D.E., Inc., d/b/a Imprints; Imprints, Inc.; U.S. Workforce d/b/a Imprints; Imprint Technologies, Inc.; Imprint Technology's Inc.; Safety Line, Inc.; Imprint Technologies, LLC; John David Hoilland; Thomas F. Miller; Vance O. Bushay; and Jeffrey A. Olson,

Defendants.

Civil File No. 01-1109 DWF/AJB

**SECOND ORDER ON MOTIONS TO STRIKE**

---

This matter is before the Court, United States Magistrate Judge Arthur J. Boylan, on the motions of defendants Hoilland, Miller, and Olson to strike allegations in the complaint pursuant to Fed. R. Civ. P 12(f) [Docket No. 4], along with the motions of defendant Bushay [Docket No. 6] and defendants Brett Hanson and Cindy Hanson [Docket No. 19] to strike allegations in the complaint pursuant to Fed. R. Civ. P 12(f).

By previous order dated December 19, 2001, the Court granted each of the above cited motions to strike and further ordered that the defendants submit a red-lined copy of the complaint indicating those portions of the complaint to be deleted and allowing plaintiff an opportunity to assert objections to particular deletions within five days following receipt. Defendants have now jointly submitted a copy of the complaint indicating the portions to be



FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

omitted. A copy of the red-lined complaint was served upon the plaintiff by mail on December 26, 2001. Receipt has been acknowledged in correspondence to the Court. No objection to specific deletions is asserted in such correspondence and no objections have been filed within the five days permitted for response.

Therefore, **IT IS HEREBY ORDERED** that defendants may file a copy of the complaint in which those portions marked for deletion on the red-lined copy as submitted to the Court are actually deleted from the complaint in their entirety. This complaint shall be filed and shall be docketed by the Clerk of Court as the complaint in this matter.

Dated: January 11, 2002

Arthur J. Boylan
United States Magistrate Judge