**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Don B. Fuller,

Plaintiff,

vs.

Brett Richard Hanson, aka Robert B. Hanson and R.B. Hanson; Cindy Louise Hanson; J.D.E., Inc., d/b/a Imprints; Imprints, Inc.; U.S. Workforce d/b/a Imprints; Imprint Technologies, Inc.; Imprint Technology's Inc.; Safety Line, Inc.; Imprint Technologies, LLC; John David Hoilland; Thomas F. Miller; Vance O. Bushay; and Jeffrey A. Olson,

Defendants.

Civil File No. 01-1109 DWF/AJB

**REPORT AND RECOMMENDATION ON MOTION FOR VOLUNTARY DISMISSAL**

---

This matter is before the Court, United States Magistrate Judge Arthur J. Boylan, on plaintiff's request for Order entering judgment pursuant to voluntary dismissal without prejudice. [Docket No. __]. Fed. R. Civ. P. 41(2) states that "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." A report and recommendation for dismissal of all federal claims with prejudice was submitted to the District Court on December 21, 2001. Plaintiff did not file objections to the report and recommendation and defendants oppose dismissal without prejudice. Plaintiff offers no cogent reasons for now permitting his dismissal of the action without prejudice rather than dismissing with prejudice in accordance with the recommendation currently pending before the District Court.



JAN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

For all the reasons discussed in the Report and Recommendation dated December 21, 2001, on the multiple defendants' motions to dismiss this action, the Magistrate Judge **Hereby Recommends** that plaintiff's request for consent to dismissal without prejudice be **denied**.

Dated: January 17, 2002

Arthur J. Boylan
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court before January 31, 2002.