**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Don B. Fuller,

Plaintiff,

vs.

Brett Richard Hanson, aka Robert B. Hanson and R.B. Hanson; Cindy Louise Hanson; J.D.E., Inc., d/b/a Imprints; Imprints, Inc.; U.S. Workforce d/b/a Imprints; Imprint Technologies, Inc.; Imprint Technology's Inc.; Safety Line, Inc.; Imprint Technologies, LLC; John David Hoilland; Thomas F. Miller; Vance O. Bushay; and Jeffrey A. Olson,

Defendants.

Civil File No. 01-1109 DWF/AJB

**ORDER TO FILE MODIFIED COMPLAINT AND SEALING INITIAL COMPLAINT**

---

This matter came before the Court, United States Magistrate Judge Arthur J. Boylan, on the motions of defendants Hoilland, Miller, and Olson to strike allegations in the complaint pursuant to Fed. R. Civ. P 12(f), along with the separate motions of defendant Bushay and defendants Brett Hanson and Cindy Hanson to strike allegations in the complaint pursuant to Fed. R. Civ. P 12(f).

By Order dated December 19, 2001, the Court granted each of the above cited motions to strike, and by Order dated January 11, 2002, the Court ordered that defendants may file a copy of the complaint in which the stricken portions are actually deleted from the complaint. This complaint shall be filed and shall be docketed by the Clerk of Court as the complaint in this matter.



FILED JAN 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The new complaint now having been submitted to the Court, **IT IS HEREBY ORDERED** that the document be docketed in the Court's file. **IT IS FURTHER ORDERED** that the initial complaint in this matter [Docket No. 1] shall be **sealed** by the Clerk of Court and shall be retained in the Court's file in a sealed envelope in its original place in the file and shall not be open to public examination for any purpose except by further Court order. The envelope containing the sealed complaint shall identify the document as the initial complaint and shall further reference the docket number of the new civil complaint that is filed pursuant to this Order.

Dated: January 31, 2002

Arthur J. Boylan
United States Magistrate Judge